IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERTA MAY, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.: 09-00625-WS-C |
| MOBILE COUNTY PUBLIC SCHOOL, SYSTEM, et al., | : | |
| | : | |
| Defendants. | | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Counts 1-3 of Plaintiff's Complaint (the federal law claims) be and are hereby DISMISSED with prejudice and that Counts 4-6 of Plaintiff's Complaint (the state law claims) be and are hereby DISMISSED without prejudice.

DONE this 4th day of August, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE