IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERTA MAY, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.: 09-00625-WS-C |
| MOBILE COUNTY PUBLIC SCHOOL, SYSTEM, et al., | : | |
| | : | |
| Defendants. | | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Counts 1-3 of Plaintiff's Complaint (the federal law claims) be and are hereby DISMISSED with prejudice and that Counts 4-6 of Plaintiff's Complaint (the state law claims) be and are hereby DISMISSED without prejudice.

DONE this 4th day of August, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE